1
2
3
4
5
6
7                         **UNITED STATES DISTRICT COURT**
8                         **CENTRAL DISTRICT OF CALIFORNIA**
9
10   BRIAN KEITH BRIM,              ) Case No. CV 16-5488-JPR
                                    )
11              Petitioner,         )
                                    )           **J U D G M E N T**
12         v.                       )
                                    )
13   PEOPLE OF STATE OF             )
     CALIFORNIA,                    )
14                                  )
                Respondent.         )
15
16        Pursuant to the Memorandum Opinion and Order Granting
17   Respondent's Motion to Dismiss and Dismissing Petition for Writ of
18   Habeas Corpus,
19        IT IS HEREBY ADJUDGED that this action is dismissed with
20   prejudice.
21
22
23   DATED: Febpruray 10, 2017        _____
                                           JEAN ROSENBLUTH
24                                         U.S. MAGISTRATE JUDGE
25
26
27
28